THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATT M. ALTON,<br><br>        Plaintiff,<br>    v.<br><br>SNOHOMISH COUNTY CORRECTIONS,<br><br>        Defendant. | CASE NO. C17-0674-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 7). The Court, having reviewed Plaintiff's complaint, the Report and Recommendation and the lack of objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 7);

(2) This case is DISMISSED WITHOUT PREJUDICE prior to service for failure to state a claim; and

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1      DATED this 23rd day of June, 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE