# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MATT M. ALTON, | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| Plaintiff, | |
| v. | CASE NO. C17-0674-JCC |
| SNOHOMISH COUNTY CORRECTIONS, | |
| Defendant. | |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED:

(1) The Report and Recommendation of the Honorable Brian A. Tsuchida is ADOPTED;

(2) This case is DISMISSED WITHOUT PREJUDICE prior to service for failure to state a claim.

DATED this 23rd day of June 2017.

WILLIAM M. MCCOOL
Clerk of Court

/s/ *Paula McNabb*
Deputy Clerk